UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AUSTIN CARRIGG,<br>on behalf of M.C., <br><br>    Plaintiff, <br><br> v. <br><br>GALLAUDET UNIVERSITY, <br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:19-cv-02476-LLA<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate and request that the above-captioned case be dismissed with prejudice, with each party to bear their own costs.

| MORAN & ASSOCIATES | LORENGER & CARNELL PLC |
|---|---|
| /s/   *Charles A. Sibert* | /s/   *Christine M. Burke* |
| Charles Sibert (DC Bar #1510808) | Christine M. Burke (DC Bar #492074) |
| Charles Moran (DC Bar #970871) | Susanne Harris Carnell (DC Bar #461530) |
| Moran & Associates | Lorenger & Carnell PLC |
| 1100 H Street NW, Suite 810 | 651 South Washington Street |
| Washington, DC  20005 | Alexandria, Virginia 22314 |
| (240) 406-7944 (Phone) | (703) 684-1812 Direct |
| (202) 478-0781 (Fax) | (703) 684-1805 Fax |
| charles.sibert@camoranlaw.com | cburke@lorengercarnell.com |
| charles.moran@camoranlaw.com | scarnell@lorengercarnell.com |
| Counsel for Plaintiff | Counsel for Defendant |

Date: September 26, 2024